UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WORLD WIDE LOGISTICS US, INC., § § Plaintiff, § § v. § SURINDER TRUCKING LLC § § Defendant. § | § § § § CIVIL ACTION NO. 4:22-CV-00901-SDJ-AGD § § § |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 14, 2024, the Magistrate Judge entered a Report, (Dkt. #16), that Plaintiff's Motion for Default Judgment, (Dkt. #13), be granted. No Party filed an objection to the Report.

Having received the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Motion for Default Judgment, (Dkt. #13), is **GRANTED**.

It is further **ORDERED** that Plaintiff is awarded a default judgment in the amount of $181,943.54 plus prejudgment and post-judgment interest.

**So ORDERED and SIGNED this 29th day of March, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE