UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WORLD WIDE LOGISTICS US, INC., | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. 4:22-CV-00901-SDJ-AGD |
| SURINDER TRUCKING LLC | § § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pursuant to the Court's Memorandum Adopting the Report and Recommendation of the United States Magistrate Judge, the Court hereby issues its Final Judgment, effective upon entry.

It is therefore **ORDERED** Plaintiff's Motion for Default Judgment, (Dkt. #13), is **GRANTED**.

It is further **ORDERED** that Plaintiff is awarded a default judgment in the amount of $181,943.54 plus prejudgment and post-judgment interest.

All relief not previously granted is hereby **DENIED**.

**So ORDERED and SIGNED this 29th day of March, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE