AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | |
|---|---|
| WORLD WIDE LOGISTICS US, INC. | ) |
| v. | ) Case No.: 4:22-cv-00901-SDJ-CAN |
| SURINDER TRUCKING LLC | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __03/29/2024__ against __Surinder Trucking LLC__, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................. | $ 502.00 |
| Fees for service of summons and subpoena ............................................ | 125.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 0.00 |
| Fees and disbursements for printing ................................................. | 0.00 |
| Fees for witnesses *(itemize on page two)* ............................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ......................................... | 0.00 |
| Docket fees under 28 U.S.C. 1923 ................................................. | 20.00 |
| Costs as shown on Mandate of Court of Appeals ....................................... | 0.00 |
| Compensation of court-appointed experts ............................................ | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs *(please itemize)* ..................................................... | 71.86 |
| Lexis research | |
| TOTAL | $ 718.86 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service          ☐ First class mail, postage prepaid

☑ Other:  Service not required per FRCP 5(a)(2).

s/ Attorney:  s/ Clare R. Taft

Name of Attorney:  Clare R. Taft

For:  World Wide Logistics US, Inc.          Date:  04/11/2024
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

*David A. O'Toole*          By: *Rul Co*          4/15/2024
*Clerk of Court*               *Deputy Clerk*        *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| WORLD WIDE LOGISTICS US, INC. | CASE NO. 4:22-cv-00901-SDJ-CAN |
| Plaintiff, | JUDGE SEAN D. JORDAN |
| vs. | |
| SURINDER TRUCKING LLC | **AFFIDAVIT OF CLARE R. TAFT IN SUPPORT OF PLAINTIFF'S BILL OF COSTS** |
| Defendant. | |

I, Clare R, Taft, an attorney admitted *pro hac vice* before the United States District Court for the Eastern District of Texas, deposes and states under oath as follows:

1. I am counsel for Plaintiff World Wide Logistics US, Inc. ("Plaintiff") in this action and, as such, I have personal knowledge of the matters set forth in this affidavit.

2. I am competent to testify as to the matters stated herein and do so in support of Plaintiff's recovery of its costs subject to and without waiver of the attorney-client and/or work product privileges, or any other applicable privileges.

3. On March 29, 2024, this Court entered final default judgment against Defendant Surinder Trucking LLC ("Defendant").

4. I make this affidavit in support of the Bill of Costs filed contemporaneously with this affidavit.

5. In connection with our representation of Plaintiff in the above case, Plaintiff has incurred recoverable costs in the amount of $718.86.

24281230 v1

6. The costs were reasonably, actually, and necessarily incurred in prosecuting this lawsuit.

7. Plaintiff incurred costs to file this lawsuit in the amount of $402.00. This cost was necessary to initiate the lawsuit.

8. Plaintiff also incurred costs performing research to locate the Defendant and other legal research. These costs were necessary to draft and serve the Complaint.

9. Plaintiff incurred costs to serve this lawsuit on Defendant in the amount of $125.00.

10. Plaintiff incurred costs to appear before this Court pro hac vice in the amount of $100.00. I was admitted pro hoc vice in this case to pursue default judgment against Defendant.

11. Pursuant to 28 USC § 1923, Plaintiff is entitled to recover $20.00 for docket fees.

12. Pursuant to 28 USC §§1920-1925, Plaintiff is entitled to recover all of its reasonable costs, which total $718.86.

13. Based upon the foregoing, Plaintiff respectfully requests that this Court award its costs to date in the amount of $718.86, or such amount deemed reasonable and just by this Court. Further the Affiant sayeth not.

_____
CLARE R. TAFT

Sworn to and subscribed before me this 11th day of April, 2024.

_____
NOTARY PUBLIC  Jason M. Smith

MY COMMISSION EXPIRES: NEVER